No. 77–1128.  GRIFFIN ET UX. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–1145.  VERNELL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–1155.  SANTANA *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–1170.  BIBBS ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–1174.  BELL *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 77–1182.  UNITED AIR LINES, INC. *v.* INDA.  C. A. 9th Cir.  Certiorari denied.

No. 77–1190.  ALL ISLAND DELIVERY SERVICE, INC., ET AL. *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 77–1235.  LAKE LIVINGSTON WASHATERIA, INC., ET AL. *v.* HASTY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–1242.  TALLY *v.* JOHNSON ET AL.  C. A. 5th Cir. Certiorari denied.

No. 77–1249.  BISPING *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 77–1252.  DONOVAN CONSTRUCTION COMPANY OF MINNESOTA *v.* FLORIDA TELEPHONE CORP.  C. A. 5th Cir.  Certiorari denied.

No. 77–1256.  BARONE *v.* BARNES, JUDGE, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 77–1259.  BEN R. HENDRIX TRADING Co., INC. *v.* J. HENRY SCHROEDER BANKING CORP. ET AL.  C. A. 5th Cir. Certiorari denied.